IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

#0015106

In re:   CHAPTER 7 CASE NO. 09-21093

MICHAEL C. HESS   JUDGE PAT E. MORGENSTERN-CLARREN
RAEANN N. HESS

    Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

    WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

    1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are:

    Internal Revenue Service (Claim #24A)

    1240 E 9th St, Rm 403

    Cleveland, OH 44199

    Replaces Ck. #1005 dated 6/10/10

    Amount: $39.22

Ck 1006

FILED 2010 OCT -4 PM 12:41 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

    2. Your Trustee's Check No. 1006 for $39.22 payable to the Clerk of the U.S. Bankruptcy Court is attached to this report and list.

    3. Nothing further remains to be done in this case.

DATE:

                          WALDEMAR J. WOJCIK, Trustee
                          526 Superior Avenue, Suite 1030
                          Cleveland, OH 44114
                          (216) 241-2628

Per 11 U.S.C. 347(a)